UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                        Case No.: 6:24-bk-03281-GER
                                              Chapter 13
Fabian Pourrain,

    Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF CASAL PROPERTY INVESTMENTS, LLC MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. No. 12)

COMES NOW, LUIS SALCEDO, an individual, being sworn, and states as follows:

1. My name is Luis Salcedo.

2. I, along with Pedro Caba, am the manager of Casal Property Investments, LLC.

3. I am familiar with the Lease between Casal Property Investments and Debtor, Fabian Pourrain, and the history of the parties.

4. I have reviewed the Motion for Relief from Stay and all factual allegations made therein are true and correct.

5. Casal Property has been trying to regain possession of the subject property since September 2023, when a Florida Statutory Notice to Pay Rent or Deliver Possession was served on the Debtor and his company, BMI Motors.

6. Since the service of that Notice, Casal Property Investments has not received a single dollar towards rent, despite the Debtor fighting the eviction, filing first a bankruptcy on behalf of BMI Motors (which was then voluntarily dismissed by the Debtor), and then subsequent to the issuance of a Final Judgment awarding Casal Property Investments possession of the leased property, the filing of this Bankruptcy, by Debtor Fabian Pourrain.

7. Debtor, Fabian Pourrain, recently filed an Amended Response to Casal Property Investments, LLC Motion for Relief from Automatic Stay, wherein it is alleged that "Creditor has been and continues to contact Debtor's customers, notifying them that they will be taking over the parking lot that Debtor is leasing from Creditor starting September 1 and instructing them not to make any further payments to Debtor."

8. I have not spoken to any customers of Fabian Pourrain or his company, BMI Motors.

9. I have not instructed anyone to stop making payments to Fabian Pourrain or his company, BMI Motors.

10. I hereby, on behalf of Casal Property Investments, request relief from the Automatic Stay to pursue a Writ of Possession to complete the eviction of Debtor from the Leased Property.

**FURTHER AFFIANT SAYETH NOT.**

Dated this 5 day of August, 2024.

_____
Luis Salcedo

STATE OF FLORIDA

COUNTY OF ORANGE

Before me, the undersigned authority, personally appeared Luis Salcedo who [ ] is personally known to me, or [X] who has produced FL DL as identification, who upon oath did depose and say that the information contained herein is true and correct to the best of his knowledge, and who did appear in person.

SWORN TO AND SUBSCRIBED before me this 5 day of August, 2024.

Notary Public State of Florida
Maria Patricia McGrath
My Commission HH 496233
Expires 2/25/2028

_____
Notary Public

My Commission Expires: 2/25/28