UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   FABIAN POURRAIN                                CASE NO.: 6:24-bk-03281-GER

Debtor.                                                Chapter 13

_____/

## OBJECTION TO CLAIM NO. 01 OF DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FLORIDA 32801 and serve a copy on the Movants' Attorney, CAMILLE SEBRETH, ESQUIRE, 4604 ANDRUS AVE., ORLANDO, FLORIDA 32804 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMES NOW the Debtor, FABIAN POURRAIN, by and through the undersigned attorney, files this objection to Claim No. 1 of Department of Treasury – Internal Revenue Service ("Creditor") and states that:

1.     Debtor filed a Chapter 13 Bankruptcy petition on June 28, 2024.

2.     On July 7, 2024, the Creditor filed an unsecured priority claim in the amount of $14,877.26 for the 2021, 2022, and 2023 unassessed tax period.

3.     The Debtor filed his 2021, 2022, and 2023 tax returns prior to filing his Chapter 13 bankruptcy.  According to the tax returns filed, the Debtor has the following tax obligation:

a.)     2021:  $3,746.00

b.)      2022:  $6,173.00

c.)      2023:  $0.00

4.       To date, the Creditor has not amended their claim.  Copies of the signed tax returns

will be mailed to Michelle Allen, Bankruptcy Specialist for the Internal Revenue

Service at 600 Arch St., Philadelphia, PA 19106-1611 with a copy of the foregoing

objection.

WHEREFORE, Debtor respectfully requests this Honorable Court sustain Debtor's

objection and to enter an Order disallowing Claim of IRS and providing for any further

relief that is just and proper in this case.

Respectfully submitted,


/s/ Camille Sebreth
CAMILLE SEBRETH, ESQUIRE
FBN: 51552
4604 Andrus Ave.
Orlando, FL 32804
P: (407)556-7589
F: (407)792-5464


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing objection by
U.S. First Class Mail or electronically to:

Laurie Weatherford, Chapter 13 Trustee (through Electronic Case Filing);
Internal Revenue Service, Attn: Michelle Allen and/or Bankruptcy Specialist, 600 Arch St.,
Philadelphia, PA 19106-1611;
Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;
Internal Revenue Service, c/o Officer, Manager or General Agent, P.O. Box 21126, Philadelphia,
PA 19114;
United States Attorney, Attn: Civil Process, 400 W. Washington St., Suite 3100, Orlando, FL
32801;
IRS Chief, Special Procedures, SCSE: CS: Insolvency, Territory 5, 400 W. Bay Street, Suite
35045, STOP 5730-GRP-2, Jacksonville, FL 32202-4437;
United States Attorney General, Washington, DC 20530;
Internal Revenue Service, Washington, DC 20530;
Fabian Pourrain, 8962 Lower Carrel Circle, Orlando, FL 32827.

this 11th day of February, 2025.

/s/ Camille Sebreth
CAMILLE SEBRETH, ESQUIRE
FBN: 51552
4604 Andrus Ave.
Orlando, FL 32804
P: (407)556-7589
F: (407)792-5464
E: camilleesquire@yahoo.com