UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

CASE NO.: 6:24-bk-03281-GER
Chapter 13

In re:

FABIAN POURRAIN,

   Debtor(s).
_____/

**TRUSTEE'S CONSENT TO APPLICATION FOR**
**ADMINISTRATIVE EXPENSE CLAIM FOR ATTORNEY FOR DEBTOR**

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and hereby consents to the entry of an Order granting the Application for Administrative Expense Claim for Attorney for Debtor (Docket No. 82), ***in the total amount of $1,544.46.*** As of the date of the filing of this Consent, the Trustee has on hand the sum of $1,633.06 and any balance on hand after the payment of the administrative expense claim of Counsel will be sent directly to the Debtor at the address as listed with the Court in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States mail, first class postage pre-paid, and/or by Electronic Notification to: All Creditors and Parties in Interest as listed on the attached Court Mailing Matrix, this 21st day of August, 20255.

    /s/ Laurie K. Weatherford
    Laurie K. Weatherford, Trustee
    Stuart Ferderer, Esq.
    Florida Bar No. 0746967
    Ana V. De Villiers, Esq.
    Fla. Bar No. 0123201
    P.O. Box 3450
    Winter Park, FL 32790
    (407) 648-8841